# NACMIAS LAW FIRM PLLC

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

January 4, 2023

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-0290
Failla_NYSDChambers@nysd.uscourts.gov

RE: *VOLFMAN v. DBW RESTAURANT ASSOCIATES LLC d/b/a GARRET EAST and 206 AVE A ASSOCIATES,* **Docket# 1:22-cv-08619-KPF**

Dear Judge Failla,

    The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write jointly with defendants' counsel to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, including the pretrial conference, and allow the parties thirty (30) days to finalize settlement.

    Thank you for your time and consideration on this matter.

Respectfully,

By: *[signature]*

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC.
940 Atlantic Ave
Brooklyn, New York 11238
(917) 602-6057