UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

JOSEPH VOLFMAN,                                  Civil Action No. 1:22-cv-08619-KPF

        Plaintiff,

  -against-

DBW RESTAURANT ASSOCIATES LLC d/b/a            **NOTICE OF VOLUNTARY**
GARRET EAST and 206 AVE A ASSOCIATES,          **DISMISSAL**

        Defendants.
_____x

    Plaintiff Joseph Volfman, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

    Dated: March 6, 2023

By: _/s/ Andre Autz_

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC.
940 Atlantic Ave
Brooklyn, New York 11238
(917) 602-6057